IN THE UNITED STATES COURTS OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, *et al.*,<br><br>            Plaintiff/Appellant,<br><br>  v.<br><br>Hillary R. Clinton, *et al.*,<br><br>            Defendants/Appellees. | Appeal No. 23-13177 |

**APPELLEE NEUSTAR, INC.'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Neustar, Inc. discloses that it is a wholly owned subsidiary of TransUnion. TransUnion is a publicly traded entity (TRU). Investment funds affiliated with T. Rowe Price Group, Inc. (TROW), a publicly traded entity, own more than 10% of TransUnion's stocks.

Dated: October 12, 2023                            Respectfully submitted,

                                              By: */s/ Samantha L. Southall*
                                                   Samantha L. Southall
                                                   **BUCHANAN INGERSOLL & ROONEY PC**
                                                   50 S. 16th Street, Suite 3200
                                                   Philadelphia, PA 19102
                                                   samantha.southall@bipc.com
                                                   Tel: (215) 665-8700
                                                   Fax (215) 667-8760

                                                   */s/ Jennifer Olmedo-Rodriguez*
                                                   Jennifer Olmedo-Rodriguez (FBN 605158)
                                                   **BUCHANAN INGERSOLL & ROONEY PC**
                                                   2 South Biscayne Blvd., Suite 1500
                                                   Miami, Florida 33131
                                                   jennifer.olmedo-rodriguez@bipc.com
                                                   Tel: (305) 347-4080
                                                   Fax: (305) 347-4089

                                                 *Attorneys for Appellee Neustar, Inc.*