IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump, *et al*,

    Plaintiffs/Appellants,

v.

                                       Appeal No. 23-13177

Hillary R. Clinton, *et al,*

    Defendants/Appellees.
_____/

## APPELLEE ORBIS BUSINESS INTELLIGENCE LTD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Orbis Business Intelligence Ltd. states that it is a private limited corporation formed under the laws of England and wholly owned by Orbis Business International Ltd., which is also a private limited corporation formed under the laws of England. There is no publicly held corporation that owns 10% or more of its stock.

Appellee Orbis Business Intelligence Ltd. further states that it is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case aside from those listed in the disclosure statements previously filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group.

Dated: October 13, 2023         Respectfully submitted,

<u>/s/ *Enjoliqué Aytch Lett*</u>
ENJOLIQUÉ AYTCH LETT, Esq.
Florida Bar No. 0104881
Email: Enjolique.Lett@gtlaw.com
AKIESHA GILCRIST SAINVIL, Esq.
Florida Bar No. 1003260
Email: Akiesha.Sainvil@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Appellee*
*Orbis Business Intelligence Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 13, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

>*/s/ Enjoliqué Aytch Lett*
>ENJOLIQUÉ AYTCH LETT, Esq.