IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, et al., ) | |
| ) | |
| Plaintiffs/Appellants, ) | |
| ) | |
| v. ) | Appeal No. 23-13177 |
| ) | |
| Hillary R. Clinton, et al., ) | |
| ) | |
| Defendants/Appellees. ) | |

**APPELLEES JOHN PODESTA AND HFACC, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee HFACC, Inc., submits this notice stating that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Appellees HFACC, Inc., and John Podesta are aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group on October 11, 2023.

Dated: October 13, 2023                                    Respectfully Submitted

/s/Paola Pinto
Paola Pinto
Robert P. Trout
SCHERTLER ONORATO MEAD & SEARS
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
Phone: (202) 628-4155
ppinto@schertlerlaw.com
rtrout@schertlerlaw.com

*Attorneys for Appellees HFACC, Inc., and John Podesta*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 13, 2023, I caused to be filed electronically the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this matter who are on the CM/ECF system.

              /s/ Paola Pinto
              Paola Pinto