## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, et al., ) | |
| ) | |
| Plaintiffs/Appellants, ) | |
| ) | |
| v. ) | Appeal No. 23-13177 |
| ) | |
| Hillary R. Clinton, et al., ) | |
| ) | |
| Defendants/Appellees. ) | |

### APPELLEE IGOR DANCHENKO'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Igor Danchenko is aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group on October 11, 2023.

Dated: October 13, 2023

Respectfully Submitted

/s/Franklin Monsour Jr.
Franklin Monsour Jr.
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Phone: (212) 506-3512
fmonsour@orrick.com

*Attorneys for Appellee Igor Danchenko*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I caused to be filed electronically the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this matter who are on the CM/ECF system.

/s/ Franklin Monsour, Jr.  
Franklin Monsour, Jr.0