IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald Trump, *et al.*,<br><br>    Plaintiffs/Appellants,<br><br>    v.<br><br>Hillary Clinton *et al.*,<br><br>    Defendants/Appellees. | Appeal No. 23-13177 |

## APPELLEES BRUCE AND NELLIE OHR'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellees Bruce and Nellie Ohr submit this notice stating that they are aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group on October 11, 2023.

Dated: October 13, 2023

Respectfully Submitted,

By: /s/ Adam S. Fels
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Ste. 715
Coral Gables, FL 33134
Tel: 305-569-7701
afels@ffslawfirm.com
*Attorney for Bruce and Nellie Ohr*

1

## **CERTIFICATE OF SERVICE**

I certify that, on October 13, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

/s/ Adam S. Fels
Adam S. Fels
