IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald Trump, *et al.,*

        Plaintiffs/Appellants,

  v.

Hillary Clinton *et al.*,

        Defendants/Appellees.

Appeal No. 23-13177

## APPELLEES FUSION GPS'S, GLENN SIMPSON, AND PETER FRITSCH'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Bean LLC d/b/a Fusion GPS states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Appellees Fusion GPS, Glenn Simpson, and Peter Fritsch further state they are aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group on October 11, 2023.

Dated: October 13, 2023

Respectfully Submitted,

By: /s/ Adam S. Fels
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Ste. 715
Coral Gables, FL 33134
Tel: 305-569-7701
afels@ffslawfirm.com
*Attorney for Defendants-Appellees
Fusion GPS, Simpson, and Fritsch*

1

2

## CERTIFICATE OF SERVICE

I certify that, on October 13, 2023, the foregoing was filed using the Court's CM/ECF system which will send a copy to all counsel of record.

<u>/s/ Adam S. Fels</u><br>
Adam S. Fels