IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump *et al.*,

        Plaintiff,

v.

Hillary R. Clinton *et al.*,

        Defendants.

Appeal No. 23-13177

### APPELLEE SECURITY SERVICES, LLC'S NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that Appellee Security Services, LLC (identified on the docket and in the case caption as "Neustar Security Services," its former trade name) has changed its name to Vercara, LLC.  We respectfully request the docket and the case caption, to the extent necessary, reflect this change.

Dated:  October 17, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:  /s/ John M. McNichols
John M. McNichols
Allison S. Eisen
Kathryn E. Garza
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jmcnichols@wc.com

*Attorneys for Vercara, LLC*