IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Donald J. Trump *et al.*,

          Plaintiff,

v.

Hillary R. Clinton *et al.*,

          Defendants.

Appeal No. 23-13177

## APPELLEE VERCARA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a), Vercara, LLC[1] discloses that it is a wholly owned subsidiary of Aerial Security Intermediate, LLC. Aerial Security Intermediate, LLC is privately held and does not have any outstanding securities in the hands of the public.

Dated: October 17, 2023

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ John M. McNichols
John M. McNichols
Allison S. Eisen
Kathryn E. Garza
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

---

[1] For clarity, Appellee Vercara, LLC notes here that Appellee Security Services, LLC (identified on the docket and in the case caption as "Neustar Security Services," its former trade name) has changed its name to Vercara, LLC, as provided in its Notice of Name Change, s*ee* ECF No. 63.

jmcnichols@wc.com

*Attorneys for Vercara, LLC*