# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

    Appellant,

v.

HILLARY R. CLINTON, *et al.*,

    Appellees.

Appeal No. 23-13177

---

## APPELLEES DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBBIE WASSERMAN SCHULTZ'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Gerald Edward Greenberg
GELBER SCHACHTER & GREENBERG PA
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
Phone: (305) 728-0950
ggreenberg@gsgpa.com

Roberta A. Kaplan
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883
rkaplan@kaplanhecker.com
scrowley@kaplanhecker.com

Carmen Iguina González
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Phone: (212) 763)-0883
ciguinagonzalez@kaplanhecker.com

*Attorneys for Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellees Democratic National Committee and DNC Services Corporation certify that they are not publicly traded and have no parent corporations and that no publicly held corporation owns more than 10% of their stock.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz certify that the following is a complete list of all interested persons:

ABC Corporations

Aytch Lett, Enjolique D.

Barry, Stephen P.

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Buchanan Ingersoll & Rooney, PC

Ceresney, Andrew J.

Clattenburg, Rachel

Clifford Chance US, LLP

Clinton, Hillary R.

Crenny, Kevin P.

Crowley, Shawn Geovjian

Danchenko, Igor

Debevoise & Plimpton LLP

Democratic National Committee

DNC Services Corporation

Does, John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fridman Fels & Soto, PLLC

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

Garza, Kathryn E.

Gelber Schachter & Greenberg, PA

Gillenwater, James E.

Greenberg, Gerald Edward

Greenberg Traurig, PA

Habba, Alina

Habba Madaio & Associates LLP

Harrington, Howard Jay

Hart, Nancy E.

HFACC, Inc.

Hunt, Hon. Patrick

Iguina González, Carmen

Joffe, Rodney

Kaplan, Roberta A.

Kaplan Hecker & Fink LLP

Kendall, David Evan

Klauber, Debra Potter

Levine, Jonathan Edward

Levy, Joshua

Levy Firestone Muse LLP

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Markus/Moss, PLLC

Martinez, Roberto

McNichols, John M.

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Hon. Donald M.

Monsour, Franklin George, Jr

Mook, Robert E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Orrick Herrington & Sutcliffe, LLP

Otterberg, April A.

Peacock, Benjamin

Perkins Coie LLP

Pettis, Eugene K.

Pinto, Paola

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

Roberts, Jared Joseph

Sainvil, Akiesha Renee Gilcrist

Sasson, Jamie Alan

Schar, Reid J.

Schertler Onorato Mead & Sears LLP

Schultz, Debbie Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Sullivan, Jake

Sussmann, Michael

Terrell, Stephen R.

Ticktin Law Group

Ticktin, Peter David

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

Warin, Francis Joseph

Weil Gotshal & Manges, LLP

Williams & Connolly LLP

Dated: October 17, 2023                    Respectfully submitted,

                                           */s/Gerald E. Greenberg*
                                           Gerald E. Greenberg
                                           Florida Bar No. 440094
                                           ggreenberg@gsgpa.com
                                           GELBER SCHACHTER & GREENBERG, P.A.
                                           One Southeast Third Avenue, Suite 2600
                                           Miami, FL 33131-1715
                                           Phone: (305) 728-0950
                                           E-service: efilings@gsgpa.com

                                           Roberta A. Kaplan
                                           Shawn G. Crowley
                                           KAPLAN HECKER & FINK LLP
                                           350 5th Avenue, 63rd Floor
                                           New York, NY 10118
                                           Phone: (212) 763-0883
                                           rkaplan@kaplanhecker.com
                                           scrowley@kaplanhecker.com

                                           Carmen Iguina González
                                           KAPLAN HECKER & FINK LLP
                                           1050 K Street NW, Suite 1040
                                           Washington, D.C. 20001
                                           Phone: (212) 763)-0883
                                           ciguinagonzalez@kaplanhecker.com

                                           *Attorneys for Appellees Democratic*
                                           *National Committee, DNC Services*
                                           *Corporation, and Debbie Wasserman*
                                           *Schultz*

*Trump v. Clinton*, 23-13177

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/Gerald E. Greenberg*
Gerald E. Greenberg

*Trump v. Clinton*, 23-13177

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the court's CM/ECF system, which will send by e- mail a notice of docketing activity to all counsel of record.

*/s/ Gerald E. Greenberg*
Gerald E. Greenberg