IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald Trump, et al., | ) |
| | ) |
| Plaintiffs/Appellants, | ) |
| | ) |
| v. | )  Appeal No. 23-13177 |
| | ) |
| Hillary Clinton, et al., | ) |
| | ) |
| Defendants/Appellees. | ) |

**APPELLEE MARC ELIAS'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Marc Elias submits this notice stating that he is aware of no individuals, entities, or publicly-traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton and Neustar, Inc.; and by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group.

Dated: October 17, 2023                              Respectfully submitted,

                                                     MARC ELIAS

                                                     By:   /s/ April A. Otterberg
                                                           Reid J. Schar
                                                           April A. Otterberg
                                                           Jenner & Block LLP
                                                           353 N. Clark St.
                                                           Chicago, IL 60654
                                                           (312) 222-9350
                                                           rschar@jenner.com
                                                           aotterberg@jenner.com

Debra P. Klauber<br>
Haliczer Pettis & Schwamm, PA<br>
100 SE 3rd Ave., 7th Floor<br>
Fort Lauderdale, FL 33394<br>
(954) 522-2512<br>
dklauber@hpslegal.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 17th of October, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ April A. Otterberg<br>
April A. Otterberg