# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Donald J. Trump, *et al.*,

       Appellants,

  v.

Hillary R. Clinton, *et al.*,

       Appellees.

No. 23-13177

## APPELLEE MICHAEL SUSSMANN'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Michael Sussman states that he is not aware of any individuals, entities, or publicly traded corporations that have an interest in the outcome of this case, other than those listed in the disclosure statement previously filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and The Ticktin Law Group on October 11, 2023.

Dated: October 17, 2023

Respectfully Submitted,

/s/ Sean M. Berkowitz
Sean M. Berkowitz

**LATHAM & WATKINS LLP**
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
Fax: (312) 993-9767
sean.berkowitz@lw.com

Stephen P. Barry

**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
stephen.barry@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, the foregoing was filed using the

Court's CM/ECF system which will send a copy to all counsel of record.

/s/ Sean M. Berkowitz
Sean M. Berkowitz