No. 23-13177

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP *et al.*,

*Appellants*,

v.

HILLARY R. CLINTON *et al.*,

*Appellees*.

On Appeal from the United States District Court
for the Southern District of Florida
No. 2:22-cv-14102-DMM (Hon. Donald M. Middlebrooks)

### APPELLEE PERKINS COIE LLP'S
### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

Nancy E. Hart
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

F. Joseph Warin
Katherine Moran Meeks
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

*Counsel for Appellee Perkins Coie LLP*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

**A.    Certificate of Interested Persons**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, counsel for appellee Perkins Coie LLP[1] certifies that the Certificate of Interested Persons filed by appellee Hillary R. Clinton on October 16, 2023, is correct and complete, with the addition of the following attorneys:

Greaves, Jason C.

Kesl, Garrett Edward

Wylie IV, John W.

**B.    Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, appellee Perkins Coie LLP states that it is a limited liability partnership without a parent corporation and that no publicly held corporation owns 10% or more of its stock.

---

[1]  Appellee was incorrectly named as "Perkins Coie, LLC" in appellants' pleadings.

Dated:  October 24, 2023          Respectfully submitted,

                                  _/s/ Nancy E. Hart_

F. Joseph Warin                   Nancy E. Hart
Katherine Moran Meeks             GIBSON, DUNN & CRUTCHER LLP
GIBSON, DUNN & CRUTCHER LLP       200 Park Avenue
1050 Connecticut Avenue, N.W.     New York, NY  10166
Washington, DC  20036             (212) 351-4000
(202) 955-8500

          _Counsel for Appellee Perkins Coie LLP_

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2023, a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served via this Court's CM/ECF system on all counsel of record.


Dated:  October 24, 2023                    */s/ Nancy E. Hart*
                                            _____
                                            Nancy E. Hart