IN THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, | ) |
|     Plaintiff/Appellant, | ) |
| v. | ) Appeal No. 23-10387 |
| Hillary R. Clinton, et al., | ) |
|     Defendants/Appellees. | ) |

**APPELLEE JAKE SULLIVAN'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Jake Sullivan submits this notice stating that he is aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case, aside from those listed in the disclosure statements previously filed by Appellees Hillary R. Clinton; HFACC, Inc.; John Podesta; Rodney Joffe; Igor Danchenko; Bruce Ohr; Nellie Ohr; Fusion GPS; Glenn Simpson; Peter Frisch; Democratic National Committee; DNC Services Corporation; Deborah Wasserman Schultz; Neustar, Inc.; Neustar Security Service; Orbis Business Intelligence, Ltd.; Marc Elias; Michael Sussman; Perkins Coie LLP and by Appellants Habba Madaio & Associates, Alina Habba, Michael T. Madaio, Jamie A. Sasson, The Ticktin Law Group, Peter Ticktin and Donald J. Trump.

Dated: October 26, 2023              Respectfully submitted,

             JAKE SULLIVAN

             By: /s/ Brian L. Stekloff
                Brian L. Stekloff
                Sarah E. Neuman
                WILKINSON STEKLOFF LLP
                2001 M Street, NW, 10th Floor
                Washington, DC 20036
                (202) 847-4000
                bstekloff@wilkinsonstekloff.com
                sneuman@wilkinsonstekloff.com

                *Counsel for Defendant Jake Sullivan*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 26th of October 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

<pre>
                                        /s/ Brian Stekloff
                                        Brian Stekloff
</pre>