IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump *et al.*, | |
|    Plaintiffs/Appellants, | |
| v. | Appeal No. 23-13177 |
| Hillary R. Clinton *et al.*, | |
|    Defendants/Appellees. | |

### APPELLEE ROBERT MOOK'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1(a), Appellee Robert Mook files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal. Appellee Mook is aware of no individuals, entities, or publicly traded corporations who have an interest in the outcome of this case aside from those listed below and in the disclosure statements filed by Appellants Donald J. Trump, Alina Habba, Habba Madaio & Associates, Michael T. Madaio, Peter Ticktin, Jamie A. Sasson, and the Ticktin Law Group on October 11, 2023, by Appellees Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz on October 17, 2023, and by Appellee Perkins Coie LLP on October 24, 2023.

Akerman, LLP

Binnall Law Group, PLLC

Brennan Center for Justice

Colson Hicks Eidson

Gibson Dunn & Crutcher, LLP

Gonzalez, Carmen Iguina

Haliczer Pettis & Schwamm, PA

Jenner & Block, LLP

Latham & Watkins LLP

Law Offices of John W. Wylie, P.A.

Mahdavi Bacon Halfhill & Young, PLLC

Quilling Selander Lownds Winslett & Moser, PC

Wilkinson Stekloff, LLP


Dated: October 26, 2023

                                            Respectfully submitted,

                                            /s/ Wendy B. Reilly
                                            Andrew J. Ceresney
                                            Wendy B. Reilly
                                            DEBEVOISE & PLIMPTON LLP
                                            66 Hudson Boulevard
                                            New York, NY 10001
                                            (212) 909-6000
                                            aceresney@debevoise.com
                                            wbreilly@debevoise.com


                                            /s/ John W. Wylie
                                            John W. Wylie
                                            LAW OFFICES OF JOHN W. WYLIE, P.A.
                                            Miami Tower
                                            100 SE 2nd Street
                                            Suite 2700
                                            Miami, FL 33131
                                            (305) 358-6767
                                            jww@johnwylielaw.com


                                            *Counsel for Defendant/Appellee Robert Mook*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of October, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Wendy B. Reilly
Wendy B. Reilly