# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                          Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                          Defendants-Appellees.

2                         Order of the Court                      22-13410

_____

No. 22-14099

_____

DONALD J. TRUMP,

                                                          Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                                    Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

                                                           Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                                         Defendant-Appellee.

22-13410 Order of the Court 3

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                                                Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                                  Interested Parties-Appellants,

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                                Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                                Defendants.

4 Order of the Court 22-13410

_____

No. 23-10536

_____

DONALD J. TRUMP,

                                                Plaintiff,

JOHN J. MCCARTHY,

                                                Interested Party-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                Defendants.

22-13410  Order of the Court  5

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                                        Plaintiffs-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                        Defendants-Appellees,

6                Order of the Court                22-13410

JAMES COMEY, et al.,

                                           Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

       Plaintiffs-Appellants' unopposed motion to exceed the word limitation is GRANTED to the extent that they may file a consolidate principal brief of no more than 18,000 words.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE