**Cons. Nos.: 22-13410, 23-13177, 22-14099, 23-10387**

# United States Court of Appeals for the Eleventh Circuit

DONALD J. TRUMP

*Appellant,*

v.

HILLARY R. CLINTON, ET. AL.,

*Appellees*

Appeal from the United States District Court for the
Southern District of Florida No. Number 2:22-CV-14102-DMM

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLEE RODNEY JOFFE

| | |
|---|---|
| Edward Soto | Steven A. Tyrrell |
| WEIL, GOTSHAL & MANGES LLP | WEIL, GOTSHAL & MANGES LLP |
| 1395 Brickell Avenue, Suite 1200 | 2001 M Street, N.W., Suite 600 |
| Miami, FL 33131 | Washington, D.C. 20036 |
| Telephone: (305) 577-3100 | Telephone: (202) 682-7000 |
| Edward.Soto@weil.com | Steven.Tyrrell@weil.com |

*Counsel for Rodney Joffe*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the following persons have or may have an interest in the outcome of this case or appeal:

1. ABC Corporations
2. Aytch, Enjolique Dion
3. Barry, Stephen
4. Barzee, William R.
5. Berkowitz, Sean M.
6. Berman, Joshua Adam
7. Ceresney, Andrew J.
8. Clattenburg, Rachel
9. Clinton, Hillary R.
10. Crenny, Kevin P.
11. Crowley, Shawn Geovjian
12. Danchenko, Igor
13. Democratic National Committee
14. DNC Services Corporation
15. Does' John
16. Dolan, Jr., Charles Halliday
17. Doumar, George R.A.
18. Eisen, Allison
19. Elias, Marc

1

20. Erickson-Pogorzelski, Anthony
21. Fassbender, Diana Marie
22. Feldman, Maximillian
23. Fels, Adam Seth
24. Fritsch, Peter
25. Fusion GPS
26. Garcez, Isabela M.
27. Garza, Kathryn E.
28. Gillenwater, James E.
29. Greenberg, Gerald Edward
30. Habba, Alina
31. Harrington, Howard J.
32. Hart, Nancy
33. HFAAC, Inc.
34. Houlihan, Michael F.
35. Hunt, Patrick, Honorable
36. Joffe, Rodney
37. Kaplan, Roberta A.
38. Kastrenakes, Eleni Sevasti
39. Kendall, David Evan
40. Levine, Jonathan Edward

41. Levy, Joshua
42. Lipshultz, Zachary Andrew
43. Madaio, Michael T.
44. Markus, David Oscar
45. Martinez, Roberto
46. McNichols, John Marcus
47. Meeks, Katherine Moran
48. Mestitz, Michael
49. Middlebrooks, Donald M. Honorable
50. Monsour, Jr. Franklin George
51. Mook, Robert E.
52. Neuman, Sarah E.
53. Neustar Security Services
54. Neustar, Inc.
55. Ohr, Bruce
56. Ohr, Nellie
57. Olmedo-Rodriguez, Jennifer
58. Orbis Business Intelligence, Ltd.
59. Otterberg, April A.
60. Peacock, Benjamin
61. Perkins Coie, LLC.

62. Pettis, Eugene K.
63. Pinto, Paola
64. Podesta, John
65. Reines, Phillipe
66. Rilley, Wendy B.
67. Roberts, Jared Joseph
68. Sainvil, Akiesha Renee Gilcrist
69. Sasson, Jamie Alan
70. Schar, Reid J.
71. Schultz, Deborah Wasserman
72. Sigler, Geoffrey M.
73. Simpson, Glenn
74. Soto, Edward
75. Southall, Samantha
76. Steele, Christopher
77. Stekloff, Brian L.
78. Sullivan, Jake
79. Sussman, Michael
80. Terrell, Stephen R.
81. Ticktin, Peter David
82. Trout, Robert P.

83. Trump, Donald J.

84. Turner, Katherine M.

85. Tyrrell, Steven

86. Warin, Francis Joseph

## MOTION TO WITHDRAW AS COUNSEL FOR
## APPELLEE RODNEY JOFFE

Edward Soto hereby moves this Court for an order permitting him to withdraw as counsel of record for Defendant Rodney Joffe and to remove him from the distribution of CM/ECF electronic notifications in this matter. Mr. Soto will be retiring from Weil, Gotshal & Manges LLP on December 31, 2023. Copies of all documents and pleadings relating to this litigation should continue to be served on the existing counsel of record from Weil, Gotshal & Manges LLP.

WHEREFORE, Edward Soto moves the Court to permit his withdrawal as counsel for Rodney Joffe.

Respectfully submitted,

*/s/ Edward Soto*

| | |
|---|---|
| Edward Soto | Steven A. Tyrrell |
| WEIL, GOTSHAL & MANGES LLP | WEIL, GOTSHAL & MANGES LLP |
| 1395 Brickell Avenue, Suite 1200 | 2001 M Street NW, Suite 600 |
| Miami, FL 33131 | Washington, DC 20036 |
| Telephone: (305) 577-3100 | (202) 682-7000 |
| | Steven.Tyrrell@weil.com |

December 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

> */s/ Edward Soto*
> Edward Soto
> WEIL, GOTSHAL & MANGES LLP
> 1395 BRICKELL AVENUE, SUITE 1200
> MIAMI, FL 33131
> Telephone: (305) 577-3100
> Edward.Soto@weil.com