# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                                              Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                              Defendants-Appellees.

No. 22-14099

DONALD J. TRUMP,

Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

Defendants,

CHARLES HALLIDAY DOLAN JR.,

Defendant-Appellee.

22-13410  Order of the Court  3

No. 23-10387

DONALD J. TRUMP,

Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

Interested Parties-Appellants,

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

Defendants-Appellees,

PERKINS COIE, LLC, et al.,

Defendants.

4            Order of the Court            22-13410

No. 23-13177

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                          Plaintiffs-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                          Defendants-Appellees,

22-13410            Order of the Court            5

JAMES COMEY, et al.,

                                   Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

Edward Soto's motion to withdraw as counsel for Appellee Rodney Joffe is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE