# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                              Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 22-14099

_____

DONALD J. TRUMP,

                                                  Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

                                      Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

22-13410 Order of the Court 3

                                                                         Defendants,

CHARLES HALLIDAY DOLAN JR.,

                                                                       Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                                                         Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                                       Interested Parties-Appellants,

*versus*

4                      Order of the Court                      22-13410

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,

22-13410              Order of the Court                        5

HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                              Plaintiffs-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                              Defendants-Appellees,

JAMES COMEY, et al.,

                                              Defendants.

────────────────────

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

────────────────────

| 6 | Order of the Court | 22-13410 |

ORDER:

The motion for an extension of time to and including February 2, 2024 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE