# Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**DONALD J. TRUMP, et al.,**

Appellants,

v.

**HILLARY R. CLINTON, et al.,**

Appellees.

On Appeal from the United States District Court
for the Southern District of Florida

### APPELLANTS' MOTION FOR 7-DAY EXTENSION
### OF TIME TO FILE JOINT INITIAL BRIEF

| | |
|---|---|
| **JARED J. ROBERTS, ESQ.** | **RICHARD C. KLUGH, ESQ.** |
| **JESSE R. BINNALL, ESQ.** | Counsel for Appellants |
| **BINNALL LAW GROUP, PLLC** | 40 N.W. 3rd Street, PH1 |
| 717 King Street, Suite 200 | Miami, Florida 33128 |
| Alexandria, Virginia 22314 | Tel. (305) 536-1191 |
| Tel. (703) 888-1943 | |

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Appellants file this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjolique Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Klugh, Richard C.

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H & 23-13177-H
Certificate of Interested Persons (Cont'd)

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

    Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

## APPELLANTS' MOTION FOR 7-DAY EXTENSION OF
## TIME TO FILE APPELLANTS' JOINT INITIAL BRIEF

Appellants President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, by and through counsel, respectfully request a final extension time of seven days to file their joint opening brief in these consolidated appeals and state:

1.     Appellants' joint initial brief in these consolidated appeals is due to be filed on February 20, 2024. Appellants have been granted a telephonic 30-day extension and, following Appellants' retention of undersigned counsel (attorney Richard Klugh) to represent them in this appeal, a subsequent 30-day and then 15-day extension of time.

2.     Appellants now move for a final 7-day extension of time to file their initial brief. These consolidated appeals arise from the district court's rulings relating to dismissal of an extensive civil complaint, imposition of sanctions against the plaintiff and plaintiff's attorney, and thereafter, following a limited remand by this Court, denial of motions relating to consideration of material presented in the Special Counsel report known as the Durham Report. The four consolidated appeals in this case present issues that are multi-faceted and factually detailed. The record is voluminous, with approximately 350 docketed filings, including numerous oversized memoranda and exhibits, as well as affidavits and presentations by more than a dozen parties. Appellants seek a final 7-day extension of time due to unanticipated medical issues faced by their principal counsel, Richard Klugh, and the need for additional

1

time to to obtain client consent to the narrowing of issues on appeal.

3. Counsel, as a result of a revised diagnosis on February 16, 2024 of a medical problem concerning an undetermined mass (in an area as to which counsel has a family history of fatal cancer, i.e., counsel's father) that requires surgical intervention as early as possible, is required to rearrange his work in multiple federal cases for the coming week in order to accommodate the upcoming surgery. To manage the work in multiple matters in the next ten days so as to adjust to the anticipated scheduling of the surgery and post-surgical recovery time, counsel is unable to devote full-time work to the instant appeal over the next four days and thus seeks to move the instant briefing deadline one week to the day after a February 26 federal sentencing hearing in which counsel represents one of two defendants and for which counsel has not yet been able to file a sentencing memorandum.[1] This extension will also assure that each of the appellants in the consolidated appeals has the opportunity to review and consent to the issues raised in the joint brief.

4. Counsel assures the Court that this will be the final extension requested and that interests of justice and judicial economy will be served by permitting this extension of time in the context of the multiple consolidated appeals. Appellants therefore request a final 7-day extension of time to file their opening brief.

5. Appellants' counsel conferred with Appellees' counsel regarding the relief sought in this motion. Attorney David Kendall, representing appellee Hillary R. Clinton, has conveyed his opposition to an extension of time, and no other appellee

---

[1] In the sentencing matter, counsel was CJA-appointed by the district court.

2

has consented to the request.

WHEREFORE, Appellants respectfully request that this Court grant a final 7-day extension of time to file the opening brief, such that the brief will be due on February 27, 2024.

Respectfully submitted,

| | |
|---|---|
| Jared J. Roberts, Esq. | s/ Richard C. Klugh |
| Jesse R. Binnall, Esq. | Richard C. Klugh, Esq. |
| BINNALL LAW GROUP, PLLC | RICHARD C. KLUGH, P.A. |
| 717 King Street, Suite 200 | 40 N.W. 3rd Street, PH1 |
| Alexandria, Virginia 22314 | Miami, Florida 33128 |
| Tel. (703) 888-1943 | Tel. (305) 536-1191 |
| Email: jared@binnall.com | rklugh@klughlaw.com |
| jesse@binnall.com | |

*Counsel for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

### CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 589 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

s/ Richard C. Klugh
Richard C. Klugh, Esq.