# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13410

_____

DONALD J. TRUMP,

                                                    Plaintiff-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                    Defendants-Appellees.

_____

No. 22-14099

_____

DONALD J. TRUMP,

Plaintiff,

ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN,
JAMIE A. SASSON,
THE TICKTIN LAW GROUP, et al.,

Plaintiffs-Appellants

*versus*

HILLARY R. CLINTON, et al.,

Defendants,

CHARLES HALLIDAY DOLAN JR.,

Defendant-Appellee.

22-13410 Order of the Court 3

_____

No. 23-10387

_____

DONALD J. TRUMP,

                                                          Plaintiff-Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,

                                          Interested Parties-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                           Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                                       Defendants.

4                  Order of the Court                  22-13410

_____

No. 23-10536

_____

DONALD J. TRUMP,

                                                     Plaintiff,

JOHN J. MCCARTHY,

                                 Interested Party-Appellant,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                         Defendants-Appellees,

PERKINS COIE, LLC, et al.,

                                                  Defendants.

_____

No. 23-13177

_____

DONALD J. TRUMP,
ALINA HABBA,
MICHAEL T. MADAIO,
HABBA MADAIO & ASSOCIATES,
PETER TICKTIN, et al.,

                                                          Plaintiffs-Appellants,

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

                                                          Defendants-Appellees,

6        Order of the Court        22-13410

JAMES COMEY, et al.,

                             Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

ORDER:

   Defendants-Appellees' motion to exceed the page limitation is GRANTED IN PART. Defendants-Appellees have leave to file a joint consolidated brief not exceeding 18,000 words that addresses issues common to all. Defendants-Appellees Charles Halliday Dolan, Jr., Rodney Joffe, and Orbis Business Intelligence, Limited, have leave to file a joint consolidated brief not exceeding 6,000 words.

   Defendants-Appellees' briefs are due 21 days from this order.


               /s/ Kevin C. Newsom
               UNITED STATES CIRCUIT JUDGE