Nos. 22-13410-H, 22-14099-H, 23-10387-H, 23-13177-H

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP, et al.,

Appellants,

v.

HILLARY R. CLINTON, et al.,

Appellees.

.

On Appeal from the United States District Court
for the Southern District of Florida

APPELLANT DONALD J. TRUMP'S UNOPPOSED MOTION FOR
TWO-DAY EXTENSION OF TIME, TO JULY 1, 2024, TO RESPOND
TO APPELLEE ORBIS BUSINESS INTELLIGENCE LTD.'S
FED. R. APP. P. 38 MOTION FOR DAMAGES AND COSTS

| | |
|---|---|
| **JARED J. ROBERTS, ESQ.** | **RICHARD C. KLUGH, ESQ.** |
| **JESSE R. BINNALL, ESQ.** | Counsel for Appellant |
| **BINNALL LAW GROUP, PLLC** | 40 N.W. 3rd Street, PH1 |
| 717 King Street, Suite 200 | Miami, Florida 33128 |
| Alexandria, Virginia 22314 | Tel. (305) 536-1191 |
| Tel. (703) 888-1943 | |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants file this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

ABC Corporations

Aytch, Enjoliqué Dion

Barry, Stephen

Barzee, William R.

Berkowitz, Sean M.

Berman, Joshua Adam

Binnall, Jesse R.

Bosworth, Michael S.

Brozinsky, Noah

Ceresney, Andrew J.

Clattenburg, Rachel

Clinesmith, Kevin

Clinton, Hillary R.

Comey, James

Crenny, Kevin P.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 22-14099-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Crowley, Shawn Geovjian

Danchenko, Igor

Democratic National Committee

DNC Services Corporation

Does' John

Dolan, Jr., Charles Halliday

Doumar, George R.A.

Eisen, Allison

Elias, Marc

Epps, Alexandra N.

Erickson-Pogorzelski, Anthony

Fassbender, Diana Marie

Feldman, Maximillian

Fels, Adam Seth

Fritsch, Peter

Fusion GPS

Garcez, Isabela M.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Garza, Kathryn E.

Gillenwater, James E.

Gonzalez, Juan Antonio

Greenberg, Gerald Edward

Habba, Alina

Habba Madaio & Associates

Harrington, Howard J.

Hart, Nancy

HFAAC, Inc.

Houlihan, Michael F.

Hunt, Patrick, Honorable

Janda, Sean R.

Joffe, Rodney

Kaplan, Roberta A.

Kastrenakes, Eleni Sevasti

Kendall, David Evan

Kiyonaga, Paul Y.

Klauber, Debra

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Klugh, Richard C.

Letter, Douglas

Levine, Jonathan Edward

Levy, Joshua

Lipshultz, Zachary Andrew

Madaio, Michael T.

Markus, David Oscar

Martinez, Roberto

McCabe, Andrew

McCarthy, John

McNichols, John Marcus

Meeks, Katherine Moran

Mestitz, Michael

Middlebrooks, Donald M. Honorable

Monsour, Jr. Franklin George

Mook, Robert E.

Muha, Christopher

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Neuman, Sarah E.

Neustar Security Services

Neustar, Inc.

Ohr, Bruce

Ohr, Nellie

Olmedo-Rodriguez, Jennifer

Orbis Business Intelligence, Ltd.

Otterberg, April A.

Page, Lisa

Peacock, Benjamin

Perkins Coie, LLC.

Pettis, Eugene K.

Pinto, Paola

Pittard, William

Podesta, John

Reines, Phillipe

Reilly, Wendy B.

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Roberts, Jared Joseph

Rosenstein, Rod

Sainvil, Akiesha Renee Gilcrist

Salzman, Joshua M

Sasson, Jamie Alan

Schar, Reid J.

Schiff, Adam

Schultz, Deborah Wasserman

Sigler, Geoffrey M.

Simpson, Glenn

Soto, Edward

Southall, Samantha

Steele, Christopher

Stekloff, Brian L.

Strzok, Peter

Sullivan, Jake

Sussman, Michael

*Donald J. Trump, et al. v. Hilarie R. Clinton, et al.*,
Case Nos. 22-13410-H, 23-10387-H, 23-13177-H
Certificate of Interested Persons (Cont'd)

Terrell, Stephen R.

The Ticktin Law Group

Ticktin, Peter David

Touhey, James G.

Trout, Robert P.

Trump, Donald J.

Turner, Katherine M.

Tyrrell, Steven

United States of America

Warin, Francis Joseph

    Neustar, Inc. is a wholly owned subsidiary of TransUnion, which is a publicly traded entity at NYSE:TRU.

# APPELLANT DONALD J. TRUMP'S UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME, TO JULY 1, 2024, TO RESPOND TO APPELLEE ORBIS BUSINESS INTELLIGENCE LTD.'S FED. R. APP. P. 38 MOTION FOR DAMAGES AND COSTS

Appellant President Donald J. Trump, through counsel, respectfully moves for a two-day extension time to July 1, 2024 in which to file his response in opposition to the motion by Appellee Orbis Business Intelligence Ltd. seeking damages and costs pursuant to Fed. R. App. P. 38. In support of the motion, Appellant states:

1. Appellant's response in opposition to Appellee Orbis's motion for damages and costs is presently due to be filed on June 27, 2024. One prior 14-day extension of time has been granted. Appellant seeks an extension of time of two business days, to July 1, 2024, based on the complexity and voluminous nature of the case and in order to accommodate counsel's conflicting briefing and hearing demands in federal cases. Appellee Orbis's motion includes approximately 20 pages of exhibits and relates to Appellee Orbis's answer brief along that was filed simultaneously with the separate oversized answer brief of multiple additional appellees in this case.

2. Although appellant's counsel has sought to complete work on the response to the motion by the current due date, the extensive record in the case and related multifaceted procedural issues require that counsel seek a two-day extension of time. The record in this case is voluminous, with hundreds of docketed filings, including numerous oversized memoranda and exhibits, as well as affidavits and presentations by more than a dozen parties. Counsel have been required to address additional filing deadlines, including filing an extensive post-hearing memorandum

1

of law on June 24, 2024, in *United States v. Agresti*, S.D. Fla. No. 18-cr-80124, and preparation for final settlement and plea entry on July 1, 2024, in *United States v. Sacerio*, 24-cr-20267. Counsel also must file the response in opposition to a motion to dismiss in a Southern District of New York case and a response in opposition to the motion for summary judgment in a Northern District of Texas case, both due on July 1, 2024. And counsel face briefing deadlines in this Court in No. 24-11161 (on July 2, 2024) and No. 23-10403 (July 3, 2024), and post-trial motion filing deadlines in *United States v. Rene*, S.D. Fla. No. 24-cr-20020, and *United States v. Polit*, S.D. Fla. No. 22-cr-200114, both on July 8, 2024. Granting the extension requested will serve the interests of justice and judicial economy.

3. Appellant's counsel conferred with Appellee Orbis's counsel regarding this motion and is authorized to represent that Appellee's counsel does not oppose the relief sought by this motion.

WHEREFORE, Appellant respectfully requests that this Court grant a two-day extension of time to file his response to the motion for damages and costs, such that the response will be due on July 1, 2024.

Respectfully submitted,

| | |
|---|---|
| Jared J. Roberts, Esq. |   s/ Richard C. Klugh           |
| Jesse R. Binnall, Esq. | Richard C. Klugh, Esq. |
| BINNALL LAW GROUP, PLLC | RICHARD C. KLUGH, P.A. |
| 717 King Street, Suite 200 | 40 N.W. 3rd Street, PH1 |
| Alexandria, Virginia 22314 | Miami, Florida 33128 |
| Tel. (703) 888-1943 | Tel. (305) 536-1191 |
| Email: jared@binnall.com | rklugh@klughlaw.com |
|        jesse@binnall.com | |

*Counsel for President Donald J. Trump*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 484 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

 s/ Richard C. Klugh          
Richard C. Klugh, Esq.
