In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————

No. 22-13410

ERRATA

————————————

DONALD J. TRUMP,

*Plaintiff-Appellant,*

*versus*

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, et al.,

*Defendants-Appellees.*

2                       Opinion of the Court                    22-12041

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 23-10387
ERRATA

_____

DONALD J. TRUMP,

*Plaintiff-Appellant,*

ALINA HABBA,

HABBA MADAIO & ASSOCIATES,

*Interested Parties-Appellants,*

*versus*

HILLARY R. CLINTON,

DEMOCRATIC NATIONAL COMMITTEE,

HFACC, INC.,

DNC SERVICES CORPORATION,

DEBORAH WASSERMAN SCHULTZ, et al.,

*Defendants-Appellees,*

PERKINS COIE, LLC, et al.,

*Defendants.*

21-12709                                                                                                    3

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

_____

No. 23-13177
ERRATA

_____

DONALD J. TRUMP,

ALINA HABBA,

MICHAEL T. MADAIO,

HABBA MADAIO & ASSOCIATES,

PETER TICKTIN, et al.,

                                                                                    *Plaintiffs-Appellants,*

*versus*

HILLARY R. CLINTON,

DEMOCRATIC NATIONAL COMMITTEE,

HFACC, INC.,

DNC SERVICES CORPORATION,

PERKINS COIE, LLC, et al.,

                                                                                    *Defendants-Appellees,*

JAMES COMEY, et al.,

                                                                                    *Defendants.*

4                    Opinion of the Court                    22-12041

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM
_____

_____

No. 22-14099
ERRATA
_____

DONALD J. TRUMP,

                                                        *Plaintiff,*

ALINA HABBA,

MICHAEL T. MADAIO,

HABBA MADAIO & ASSOCIATES,

PETER TICKTIN,

JAMIE A. SASSON,

THE TICKTIN LAW GROUP, et al.,

                                              *Plaintiffs-Appellants*

*versus*

HILLARY R. CLINTON, et al.,

                                                      *Defendants,*

CHARLES HALLIDAY DOLAN JR.,

                                              *Defendant-Appellee.*

21-12709                                                                                      5

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cv-14102-DMM

_____

The opinion has been changed as follows:

On page 17, "or even resemble, a racketeering action" has been changed to "or even resemble, racketeering actions."